**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>ALBERTO GARCIA-LOPEZ,<br><br>                Defendant. | Case No.: 25CR4008-CAB<br>              25MJ5559<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325(a)(1) - Improper Entry by an Alien (Misdemeanor);<br><br>Title 8, U.S.C., Sec. 1326(a)- Removed Alien Found in the United States (Felony) |

The United States Attorney charges:

Count 1

On or about October 12, 2025, within the Southern District of California, defendant ALBERTO GARCIA-LOPEZ, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

Count 2

On or about October 12, 2025, within the Southern District of California, defendant ALBERTO GARCIA-LOPEZ, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and

CVE:cm:10/17/2025

1  (4), and 557), having expressly consented to the defendant's
2  reapplication for admission to the United States, in violation of
3  Title 8, United States Code, Section 1326(a).
4     DATED: __10/17/25_____ .

ADAM GORDON
United States Attorney

CONNOR VENESKI
Assistant U.S. Attorney